# Welcome to PEREZHILTON.COM
### Celebrity Juice, Not from Concentrate


from the Queen of media

## WELCOME

Welcome to PerezHilton.com - Hollywood's Most-Hated Web Site!

## SEND TIPS!
**E-mail**
Perez@PerezHilton.com

**Can't see our photos?**
Try this.

Other technical problems.

## ADVERTISE!
FOR INFORMATION ON PREMIUM ADVERTISING AND SPONSORSHIP ON PEREZHILTON.COM EMAIL PHILTON@BLOGADS.COM

## REPRESENT!
Perezcious Collection
shop our online store CLICK

## SEARCH

## STARSEEKER

or you can view the list.

## THE LATEST

- Making Fun Of Tom Cruise Never Gets Old
- The New & Improved(?) Star Jones
- We Sooooo Called It!
- SIGHting
- The Gays Are Still Upset With Mann Coulter!
- Canadians LOVE Mika!

---

« We're Sorry .... | Main | Thank You Sooooo Much »

### Thank You Sooooo Much

Filed Under: Personally Perez



Every week we continue to be astounded!!!

We set a new traffic record yesterday.

On Wednesday, we had **3.97 million unique visitors** come to PerezHilton.com in that 24 hour period!!

More folks came to our site yesterday than read *People* magazine in the entire week!!!!

We had originally set the goal of 4 million by the end of December, and we already reached that. This is so beyond insane.

6 million by December 31st???

We can do it!!!

Thank you all again.

And thank you Britney Spears' vagina!!!!!!!!!!!

Posted by on November 30, 2006 12:54 PM | Permalink

**RELATED ITEMS:**
> Beauty & The Beast - *Feb 08, 2007*
> P does *WSJ* - *Feb 06, 2007*
> Hey Canada! - *Feb 05, 2007*
> Living The Dream - *Feb 04, 2007*
> Something In The Air - *Feb 03, 2007*

**TrackBack**: http://perezhilton.com/mt/mt-tb.cgi/8575

CLICK HERE TO JUMP DOWN AND LEAVE A COMMENT