

# Welcome to PerezHILTON.com

Celebrity Juice, Not from Concentrate

## WELCOME

Welcome to
PerezHilton.com -
Hollywood's Most-Hated
Web Site!

## SEND TIPS!

**E-mail**
Perez@PerezHilton.com

**Can't see our photos?**
Try this.

Other technical problems.

## ADVERTISE!



FOR INFORMATION ON
PREMIUM ADVERTISING
AND SPONSORSHIP ON
PEREZHILTON.COM EMAIL
PHILTONSHILOSABE.COM

## REPRESENT!

Perezcious
Collection
shop our online store
CLICK

## SEARCH

## STARSEEKER

or you can view the list.

## THE LATEST

• The Most Amazing Thing!
• Carmen Is A Giver
• The New Trend: Out Of
Rehab and Back To
Partying!
• Fill In The Blank
• Vintage Joel Madden
• Nasty Naughty Boy
Presents ....
• **MORE:** The last 140
posts!

## FEED FREAKS

RSS ATOM Kinja
My Yahoo! My MSN
Bloglines
Add to Google

**NEW! GET THE
PEREZIDENTIAL
WIDGET**



---

« Oh, Canada!  |  Main  |  Quote Of the Day »

### Quote Of the Day

Filed Under: Britney Spears > Drugs



"We used **ecstasy** at night to party and **cocaine** during the day to stay awake. Then we would take downers like **Valium or Vicodin** to come down and rest. Britney stayed up three days straight over New Year. I couldn't keep up. She definitely had a problem with drugs when we were together - and that was three years ago. She has got herself in a cycle which is hard to break."

- Britney Spears' first husband, **Jason Alexander**

Posted by on February 26, 2007 2:06 PM | Permalink

**RELATED ITEMS:**
> Just Before Rehab - Feb 28, 2007
> Quote Of the Day - Feb 28, 2007
> It's A Madhouse! - Feb 24, 2007
> We're Not TOTALLY Over Her Yet! - Feb 23, 2007
> Quote Of the Day - Feb 23, 2007

**TrackBack :** http://perezhilton.com/mt/mt-tb.cgi/11052

## COMMENTS:

CLICK HERE TO JUMP DOWN AND LEAVE A COMMENT

---