EDWARD C. GREENBERG, P.C.
570 LEXINGTON AVENUE, 17TH FL.  NEW YORK, NY 10022

TELEPHONE NO.: (212) 697-8777  FAX NO. (Optional): (212) 697-2528
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 255 E. TEMPLE STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012-3300
BRANCH NAME: CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF (name each): KNIGHT
DEFENDANT (name each): LAVANDEIRA

CASE NUMBER: 07CV3751

**PROOF OF SERVICE**

HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

Summons in a Civil Case; Complaint

PARTY SERVED: MARIO LAVANDEIRA A/K/A PEREZ HILTON
PERSON SERVED: ELY UGARTE - TELLER
DATE & TIME OF DELIVERY: 05/22/2007
03:14 pm
ADDRESS, CITY, AND STATE:
(BUSINESS)

8174 SUNSET BLVD., # 993
LOS ANGELES, CA 90046

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of ELY UGARTE a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on May 23, 2007 from LOS ANGELES, CA.

Fee for Service: 80.00
County: Los Angeles
Registration No.: 5181
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 2, 2007.

Signature: Robert Hall

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| EDWARD C. GREENBERG, P.C.<br>570 LEXINGTON AVENUE, 17TH FL.   NEW YORK, NY 10022<br>TELEPHONE NO.: (212) 697-8777   FAX NO.: (212) 697-2528<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

USBC - CENTRAL DISTRICT - LOS ANGELES
STREET ADDRESS: 255 E. TEMPLE STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012-3300
BRANCH NAME: CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF/PETITIONER: **KNIGHT**
DEFENDANT/RESPONDENT: **LAVANDEIRA**

**DECLARATION OF DILIGENCE**

CASE NUMBER: 07CV3751

I received the within process on May 21, 2007 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **MARIO LAVANDEIRA A/K/A PEREZ HILTON**

Documents:   **Summons in a Civil Case; Complaint**

As enumerated below:

05/21/2007 -- 02:19 pm        8174 SUNSET BLVD., # 993
                              LOS ANGELES, CA 90046
   Given add is a PO Box, Person in Charge not in.

05/21/2007 -- 08:20 pm        8174 SUNSET BLVD., # 993
                              LOS ANGELES, CA 90046
   Given add is a PO Box, Person in Charge not in.

05/22/2007 -- 09:31 am        8174 SUNSET BLVD., # 993
                              LOS ANGELES, CA 90046
   Given add is a PO Box, Person in Charge not in.

05/22/2007 -- 03:14 pm        8174 SUNSET BLVD., # 993
                              LOS ANGELES, CA 90046
   Substituted Service Effected.



County: Los Angeles
Registration No.: 5181
Janney and Janney Attorney
Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 2, 2007 at Los Angeles, California.

Signature: _____
                Robert Hall

**DECLARATION OF DILIGENCE**