UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEN KNIGHT,                                          Index No. 07CV3751

                                Plaintiff,

    -against-

MARIO LAVANDEIRA a/k/a PEREZ HILTON            NOTICE OF CHANGE
                                                      OF ADDRESS

                                Defendant.
-----------------------------------------------------------------X

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for EDWARD C. GREENBERG, ESQ.:

*Law firm name*

    From:  Greenberg and Reicher, LLP

    To:     Edward C. Greenberg, P.C.

*Address*

    From:  50 East 42nd Street, 17th Floor, New York, NY 10017

    To:     570 Lexington Avenue, 17th Floor, New York, NY 10022

*The telephone number, fax number, and e-mail address remain the same.*

Dated: July 23, 2007

                                                      EDWARD C. GREENBERG
                                                      EDWARD C. GREENBERG, PC.
                                                      570 Lexington Avenue, 17th Floor
                                                      New York, NY 10022
                                                      Phone: (212) 697-8777
                                                      Fax:   (212) 697-2528
                                                      e-mail: ecglaw@aol.com