USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEN KNIGHT<br><br>Plaintiff,<br><br>-against-<br><br>MARIO LAVANDEIRA a/k/a PEREZ HILTON<br><br>Defendant. | Case No. 07 CV 3751 (LBS)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Ken Knight ("Plaintiff") and Defendant Mario Lavandeira, a/k/a Perez Hilton, ("Defendant"), through their undersigned counsel:

1. Plaintiff shall serve opposition papers, if any, to Defendant's Motion to Dismiss on or before September 2, 2007;

2. Defendant shall serve reply papers, if any, in support of Defendant's Motion to Dismiss on or before September 10, 2007;

3. Defendant's motion to dismiss shall be returnable, and argument shall be heard, in courtroom 15-A at 2:15 PM on September 11, 2007;

4. Defendant's counsel shall file this Stipulation with the Court; and

5. Faxed or scanned and e-mailed signatures shall be deemed originals for the purposes of filing.

Dated: New York, New York
August 10, 2007

SCHLAM STONE & DOLAN LLP

By: _____
Jeffrey M. Eilender
Cindy M. McBennett
26 Broadway
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

*Attorneys for Defendant Mario Lavandeira, a/k/a Perez Hilton*

EDWARD C. GREENBERG, P.C.

By: _____
Edward C. Greenberg
570 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 697-8777 (Telephone)
(212) 697-2528 (Facsimile)

*Attorneys for Plaintiff Ken Knight*

SO ORDERED:

_____
J.S.C.

8/13/07

2