## SCHLAM STONE & DOLAN LLP

26 BROADWAY

NEW YORK, N.Y. 10004

(212) 344-5400

TELECOPIER: (212) 344-7677

www.schlamstone.com

HARVEY M. STONE
RICHARD H. DOLAN
WAYNE I. BADEN
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JEFFREY M. EILENDER
JOHN M. LUNDIN

PETER R. SCHLAM (1944-2005)

MARY W. ANDERSON
DAVID J. KATZ
OF COUNSEL

CINDY M. McBENNETT
ANDREW S. HARRIS
AUDREY A. ROOFEH

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-07

September 10, 2007

**BY HAND**

Mr. Daniel Kenneally
United States District Court
500 Pearl Street, Room 1650
New York, New York 10007

Re: *Knight v. Lavandeira*, No. 07 CV 3751 (LBS)

Dear Mr. Kenneally:

Further to Mr. Greenberg's letter of September 6, 2007 indicating that the complaint in the above-captioned matter is being withdrawn, I write to confirm our understanding that the motion to dismiss previously scheduled for oral argument on September 11, 2007 has been removed from the calendar and that no further action is required regarding the motion.

Respectfully,

Cindy M. McBennett

Copy to (via facsimile):

Edward C. Greenberg, Esq.
Edward C. Greenberg, PC
570 Lexington Avenue, 17th Floor
New York, NY 10022

**MEMO ENDORSED**